**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-2236

LARISSA HARPER HAIRGROVE,

Plaintiff - Appellant,

v.

CITY OF SALISBURY; DOWNTOWN SALISBURY INC.; LANE BAILEY, in his individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:21-cv-00814-CCE-JLW)

Submitted:  September 27, 2024                      Decided:  October 15, 2024

Before WILKINSON, HARRIS, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:** Valerie L. Bateman, June K. Allison, NEW SOUTH LAW FIRM, Carrboro, North Carolina, for Appellant.  Steven A. Bader, Raleigh, North Carolina, Patrick H. Flanagan, Stephanie H. Webster, CRANFILL SUMNER LLP, Charlotte, North Carolina, for Appellees City of Salisbury and Lane Bailey.  G. Bryan Adams, III, VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC, Charlotte, North Carolina, for Appellee Downtown Salisbury, Inc.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larissa Harper Hairgrove appeals the district court's order granting Defendants summary judgment on Hairgrove's employment-related claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; the Fair Labor Standards Act, 29 U.S.C. §§ 201 to 219; 42 U.S.C. § 1983; and the North Carolina Wage and Hour Act, N.C. Gen. Stat. §§ 95-25.1 to 95-25.25.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *Hairgrove v. City of Salisbury*, No. 1:21-cv-00814-CCE-JLW (M.D.N.C. Sept. 19, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*